# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| KEVIN ANTOINE BANKS,<br>　　　　　　　Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>　　　　　　　Respondent. | No. 70816 ✓ |
| KEVIN ANTOINE BANKS,<br>　　　　　　　Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>　　　　　　　Respondent. | No. 71231 |

FILED

OCT 06 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEALS

These are pro se notices of appeal from district court orders denying a motion to compel and denying a motion for order for compelling discovery. Eighth Judicial District Court, Clark County; Douglas Smith, Judge.

Because no statute or court rule permits an appeal from the aforementioned orders, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER these appeals DISMISSED.

_____ , J.
Cherry

_____ , J.　　　　　　_____ , J.
Douglas　　　　　　　　　　　　　　Gibbons

16-31117

cc: Hon. Douglas Smith, District Judge
Kevin Antoine Banks
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A